# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR ESQUIVEL,<br><br>            Petitioner,<br><br>    v.<br><br>ROBERT ADAMS, JR., Warden,<br><br>            Respondent. | Case No. CV 10-3745-DMG (JEM)<br><br>**JUDGMENT** |

    In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: December 29, 2010

                                      DOLLY M. GEE
                                      UNITED STATES DISTRICT JUDGE